## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-cv-62411-WPD

MARYANN MANGANIELLO,

     Plaintiff,

     vs.

DYNAMIC RECOVERY SOLUTIONS, LLC,

     Defendant.

_____

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On January 4, 2021, the Court issued an Order [DE 11] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **January 26, 2022**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order will result in the Clerk selecting a mediator at random.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of January, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record